PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

**Petition for Warrant for Offender Under Supervision**

April 20, 2006

**Name of Offender:** John W. Trotta **Case Number:** 1:01MC00030-001L CR06-52L

**Name of Sentencing Judicial Officer:** Honorable Frederick J. Scullin, Jr., U.S. District Judge
Northern District of New York

**Assigned Judicial Officer:** Honorable Ronald R. Lagueux, Senior U.S. District Judge
District of Rhode Island

**Date of Original Sentence:** December 1, 1999

**Original Offense:** Conspiracy to Make and Utter Counterfeit Securities

**Original Sentence:** 15 months imprisonment and 3 years supervised release. Special conditions: participate in and satisfactorily complete a program approved by the U.S. Probation Office for substance abuse treatment which may include drug testing, pay $26,321.27 in restitution at a rate of $100 per month or 10% of his gross monthly income, whichever is greater, and $100 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 14, 2000

**Assistant U.S. Attorney:** Andrew J. Reich **Defense Attorney:** Edward C. Roy

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** September 6, 2002

**Violation Offense(s):** Failure to notify the probation officer ten days prior to any change in residence. Failure to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month.

**Violation Sentence:** 8 months imprisonment and 28 months supervised release, substance abuse treatment to include drug testing, and $26,312.27 in restitution.

**Date Supervision Recommenced:** March 7, 2003

**Date of Violation Sentence:** November 2, 2004

**Violation Offense(s):** The defendant shall not commit another federal, state, or local crime.
Failure to make restitution payments in the amount of $26,321.27 at a rate of $100 per month or 10% of his gross monthly income, whichever is greater.

**Violation Sentence:** 10 months imprisonment and 18 months supervised release, substance abuse treatment to include drug testing, and $26,321.27 in restitution. On January 31, 2006, the defendant's special condition of supervised release was modified to include substance abuse inpatient treatment.

**Date Supervision Recommenced:** June 17, 2005

## PETITIONING THE COURT

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Special Condition** | **"The defendant shall participate in an inpatient program approved by the Probation Office for substance abuse treatment."**<br>Mr. Trotta entered the Miller House, a residential treatment program on January 26, 2006. On April 11, 2006, he left the program without permission. |
| **Condition # 7** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**<br>Mr. Trotta submitted a urine specimen on March 19, 2006, while in a residential treatment program, which tested positive for cocaine. |
| **Condition # 6** | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**<br>On April 11, 2006, the defendant left the Miller House, a residential treatment program without permission. His whereabouts are unknown. |
| **Special Condition** | **"The defendant shall pay restitution in the amount of $26,321.27 at the rate of $100 per month or 10% of his gross monthly income, whichever is greater."**<br>Since supervision commenced on June 17, 2005, Mr. Trotta has failed to make any monthly payments toward his restitution obligation as required. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 4/21/06

I declare under the penalty of perjury that the foregoing is true and correct:

Clara M. King
U.S. Probation Officer

Date: 4/21/06

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Ernest C. Torres
Chief U.S. District Judge

4/21/06
Date